No. 846. STANDARD MARINE INS. Co. *v.* WESTCHESTER FIRE INS. Co. April 11, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second

662

Circuit denied. Mr. Justice Stone took no part in the consideration or decision of this application. *Messrs. Hartwell Cabell, Milton B. Ignatius,* and *Wendell P. Barker* for petitioner. *Messrs. Oscar R. Houston* and *D. Roger Englar* for respondent.

